JOHANNA FITZGERALD *vs.* THE CITY OF HARTFORD.

First Judicial District.

Argued January 6th—decided January 22d, 1909.

ACTION to recover damages for personal injuries alleged to have been caused by the negligence of the defendant in permitting a sidewalk to become icy and thereby defective, brought to the Court of Common Pleas in Hartford County

723

and tried to the jury before *Coats, J.;* verdict and judgment for the defendant, and appeal by the plaintiff. *No error.*

*Andrew J. Broughel,* for the appellant (plaintiff).

*Francis H. Parker* and *Lawrence A. Howard,* for the appellee (defendant).

Opinion filed with the clerk of the Court of Common Pleas in Hartford County.